FINANCIAL DISCLOSURE REPORT
FOR CALENDAR YEAR 1994

COPY

Report Required by the Ethics Reform Act of 1989. Pub. L. No. 101-194, November 30, 1989 (5 U.S.C. App. 6, 101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MOLLOY, DONALD W. | UNITED STATES DISTRICT COURT OF MONTANA | 12/15/95 |
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full or part-time) U. S. DISTRICT JUDGE | 5. Report Type (check appropriate type) X Nomination, Date __/__/__ __ Initial __ Annual __ Final | 6. Reporting Period 1/1/95 - 10/31/94 |
| 7. Chambers or Office Address 25 North 27th Street Suite 350 Billings MT 59101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date ____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| __ NONE (No reportable positions) | |
| President | Donald W. Molloy, Ltd. |
| Director | KEMC - Public Radio |
| President | Yellowstone County Bar Association 1994 |
| Associate Ed. See Attachment "A" | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| __ NONE (No reportable agreements) | |
| | See Part VIII |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| __ NONE (No reportable non-investment income) | | |
| III. | Compensation for services | $349,315.00 |
| III.2 | Compensation for services | $168,820.00 |
| III.3 | Compensation for services (S) | $ 2,018.00 |
| | | $_____ |
| | | $_____ |

ATTACHMENT "A"

FINANCIAL DISCLOSURE REPORT          DONALD W. MOLLOY

I. POSITIONS CONTINUED

Member, Board of Visitors          University of Montana Law School

Capital Campaign Committee          University of Montana Excellence Fund

Member, President's Advisory
  Council                          University of Montana

Director, Billings Chapter, Grizzly Athletic Association

State Coordinator (MT) Trial Lawyers for Public Justice

Trustee, Billings Area Catholic Education Trust 1993-1995

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>DONALD W. MOLLOY | Date of Report<br>12/15/95 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| [X] NONE (No such reportable reimbursements or gifts) | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| [X] NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| NONE (No reportable liabilities) | | |

J = $15,000 or less    K = $15,001 - $50,000    L = $50,001 - $100,000    M = $100,001 to $250,000
N = $250,001 - $500,000    O = $500,001 - $1,000,000    P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Donald W. Molloy | Date of Report<br>12/15/95 |
|---|---|---|

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.1<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.<br>div.,<br>rent or<br>int.) | (1)<br>Value2<br>Code<br>(J-P) | (2)<br>Value<br>Method3<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value2<br>Code<br>(J-P) | (4)<br>Gain1<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| Centocor, Inc. Corp Bond | B | Int | K | T | | | | | |
| British Petroleum, Common Stock | A | Div | R | T | | | | | |
| Costal Phys. Common Stock | A | Div | J | T | | | | | |
| Ethyl Corp. Common Stock | A | Div | J | T | | | | | |
| Herbalife Intl. Common Stock | A | Div | J | T | | | | | |
| Horsham Corp. Common Stock | A | Div | J | T | | | | | |
| Schlumberger, Ltd. | A | Div | J | T | | | | | |
| Video Lottery Tech, Inc | A | Div | J | T | | | | | |
| Mexico Fund Inc., Equity | A | Int | J | T | | | | | |
| PW Retirement Money Fund | A | Int | J | T | | | | | |
| PW Global Income PD Mutual Fund | B | Div | K | T | | | | | |
| Affiliated Fund, Inc. C.D. | C | Div | M | T | | | | | |
| First Interstate Bank | D | Int | L | M | | | | | |
| IBM Common Stock | B | Div | K | T | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

1. **Income/Gain Codes:** A=$1,000 or less    B=$1,001 to $2,500    C=$2,501 to $5,000    D=$5,001 to $15,000
(See Col. B1 & D4)    E=$15,001 to $50,000    F=$50,001 to $100,000    G=$100,001 to $1,000,000    H=More than $1,000,000

2. **Value Codes:** J=$15,000 or less    K=$15,001 to $50,000    L=$50,001 to $100,000    M=$100,001 to $250,000
(See Col. C1 & D3)    N=$250,001 to $500,000    O=$500,001 to $1,000,000    P=More than $1,000,000

3. **Value Method Codes:** Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(See Col. C2)    U=Book Value    V=Other    W=Estimated

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| Donald W. Molloy | 12/15/95 |

VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

Question II: I am a sole practitioner. Over 90% of my work is based on contingency fees. I have no definitive arrangements at this time to turn files over to other lawyers. I have visited with competent plaintiffs' lawyers about assuming files. When files are relinquished, I expect to recover all costs I have advanced. I will also be paid a percentage of any attorney fee, roughly from 5% to 33%. The amount I am paid will be based on work done in the case before I take the Bench.

IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date _12-14-95_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
One Columbus Circle, N.E., Suite 2-301
Washington, DC 20544

Digitized by Google

## FINANCIAL STATEMENT

### NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 60 | 000 | 00 | Notes payable to banks—secured | 27 | 900 | 00 |
| U.S. Government securities—add schedule | 50 | 000 | 00 | Notes payable to banks—unsecured | | | |
| Listed securities—add schedule | | | | Notes payable to relatives | | | |
| Unlisted securities—add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable | 15 | 000 | 00 | Accounts and bills due | 5 | 000 | 00 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | . | | Other unpaid tax and interest | | | |
| Doubtful | | | | Real estate mortgages payable—add schedule | 44 | 800 | 00 |
| Real estate owned—add schedule Home 400K   Lake 300K | 700 | 000 | 00 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts—itemize: | | 0 | 00 |
| Autos and other personal property | 200 | 000 | 00 | | | | |
| Cash value—life insurance | 6 | 000 | 00 | | | | |
| Other assets—itemize:   IRA | 20 | 000 | 00 | | | | |
| Paine Webber Retirement | 270 | 000 | 00 | | | | |
| Donald W. Molloy LTD | 500 | 000 | 00 | | | . | |
| Donald W. Molloy LTD cash | 245 | 000 | 00 | Total liabilities | 107 | 700 | 00 |
| | | | | Net Worth | 1958 | 300 | 00 |
| Total Assets | 2,066 | 000 | 00 | Total liabilities and net worth | 2066 | 000 | 00 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor Guarantor D.W. Molloy LTD | 30 | 000 | 00 | Are any assets pledged? (Add schedule.) | NO | | |
| On leases or contracts | | 0 | 00 | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | 0 | 00 | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | 0 | 00 | | | | |
| Other special debt | | 0 | 00 | | | | |

Date: 12-15-93
Signature: